ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
SHANNON R. BOYCE, Bar No. 229041
sboyce@littler.com
SARAH M. MILSTEIN, Bar No. 266452
smilstein@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendants
DOUGLAS EMMETT MANAGEMENT, LLC

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ANTONIO GONZALEZ; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS EMMETT, INC., a Maryland corporation; DOUGLAS EMMETT MANAGEMENT, INC., a Delaware corporation; DOUGLAS EMMETT, LLC, an unknown business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV11-9685 SJO (CWX)<br><br>**JUDGMENT ON PLAINTIFF J. ANTONIO GONZALEZ'S COMPLAINT AGAINST DEFENDANT DOUGLAS EMMETT MANAGEMENT, LLC**<br><br>TRIAL DATE: DECEMBER 11, 2012 |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ANTONIO GONZALEZ; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS EMMETT, INC., a Maryland corporation; DOUGLAS EMMETT MANAGEMENT, INC., a Delaware corporation; DOUGLAS EMMETT, LLC, an unknown business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11-9685 SJO (CWX)<br><br>**JUDGMENT ON PLAINTIFF J. ANTONIO GONZALEZ'S COMPLAINT AGAINST DEFENDANT DOUGLAS EMMETT MANAGEMENT, LLC**<br><br>TRIAL DATE: DECEMBER 11, 2012 |

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

This matter came on regularly for trial beginning on December 11, 2012 in Courtroom 1 of the United States District Court, Central District, Hon. S. James Otero presiding. Plaintiff J. Antonio Gonzalez was represented by Edwin Aiwazian, Esq. and Jill Parker, Esq. of Lawyers *for* Justice. Defendants Douglas Emmett, Inc., Douglas Emmett Management, Inc., and Douglas Emmett Management, LLC were represented by Elizabeth Staggs Wilson, Esq. and Shannon R. Boyce, Esq. of Littler Mendelson.

Pursuant to stipulation of the Parties, Defendants Douglas Emmett, Inc. and Douglas Emmett Management, Inc. were dismissed as Defendants on December 11, 2012, prior to selection and swearing in of the jury.

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and the arguments of counsel, the jury was duly instructed by the Court, and the cause submitted to the jury with directions to return a special verdict. The Court ruled and the jury deliberated, and thereafter a special verdict was returned on Plaintiff J. Antonio Gonzalez's Complaint as follows:

We the jury in the above-entitled case, find the following special verdict on the following questions submitted to us:

1. Do you find by a preponderance of the evidence that Plaintiff J. Antonio Gonzalez has established that Defendant failed to pay him any overtime he was owed during his employment from April 14, 2010 to November 23, 2011?

_____ Yes          __**X**__ No

*If you answered "Yes" to Question 1, proceed to Question 2 below.  If you answered "No" to Question 1, go no further: have the foreperson sign and date this form and return it to the Clerk.*

2.

2. If you found by a preponderance of the evidence that Plaintiff J. Antonio Gonzalez established that Defendant failed to pay him the overtime he was owed, do you also find by a preponderance of the evidence that Defendant knew or should have known that Plaintiff J. Antonio Gonzalez was working overtime without proper compensation during his employment from April 14, 2010 to November 23, 2011?

_____ Yes          _____ No

*If you answered "Yes" to Question 2, proceed to Question 3 below.  If you answered "No" to Question 2, go no further: have the foreperson sign and date this form and return it to the Clerk.*

3. If you conclude that Plaintiff proved by a preponderance of the evidence that he performed uncompensated overtime work with the actual or constructive knowledge of Douglas Emmett Management, LLC during his employment from April 14, 2010 to November 23, 2011, state how many hour of uncompensated overtime Plaintiff is due:

**Total Number of Uncompensated Overtime Hours Worked:  _____**

Your verdict is now complete.  Please sign and date this verdict form where indicated below.

We the jury in the above-entitled case, by answering the above questions consistent with the jury instructions issued to us in this case, hereby render this special verdict.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

3.

**The foreperson should now sign and date this form and return it to the Clerk.**

Dated: December 13, 2012                /s/ _____
                                                    [Foreperson]

Following the reading of the verdict, the jury was polled and confirmed its special verdict as set forth above.

NOW THEREFORE IT IS ADJUDGED, ORDERED AND DECREED as follows:

That Plaintiff shall recover nothing by way of his Complaint against Defendant Douglas Emmett Management, LLC, and that Defendant is entitled to recover costs in the amount of $__Per Cost Bill_ .

Dated: December 30, 2012.

*S. James Otero*
_____
Honorable S. James Otero
United States District Court Judge

Firmwide:116961932.2 069105.1002

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

4.